IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HASALEE MIMS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>THE UNITED STATES, et al., )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO.<br>2:19cv499-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), plaintiff, a state prisoner, filed this lawsuit contending that "Megan's Crime Law" violates the constitutional rights of people convicted of sex offenses. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for lack of jurisdiction. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of October, 2019.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**